Argued and submitted May 29, convictions affirmed; remanded for resentencing
June 24, 1992

## STATE OF OREGON,
*Respondent,*

*v.*

## DOMINICK PAUL ARCHULETA,
*Appellant.*

(90-3907-C2; CA A69354)

832 P2d 50

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

Sally L. Avera, Public Defender, Salem, argued the cause and filed the brief for appellant.

Youlee Yim You, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Joseph, Chief Judge, and Rossman and De Muniz, Judges.

PER CURIAM

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## PER CURIAM

Defendant was convicted on 2 counts of assault in the third degree, ORS 163.165, and sentenced to 2 concurrent 5-year gun minimum terms of imprisonment under ORS 161.610. The state concedes that that was error. As a matter of law, under ORS 161.610(4)(a), a sentencing court may not impose a second 5-year gun minimum sentence before a defendant has been punished by a first firearm minimum.

The state also concedes that the court erred in suspending 2 years of each sentence. Under ORS 161.610(5), a court may either suspend the execution of the entire gun minimum sentence *or* impose a lesser sentence. *State v. Sarabia-Rendon*, 111 Or App 647, 826 P2d 124 (1992).

Convictions affirmed; remanded for resentencing.